UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN EXPEDITED ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. _____ |

### *EX PARTE* APPLICATION OF IRAQ TELECOM LIMITED FOR EXPEDITED JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM CITIBANK, N.A., HSBC BANK (USA), N.A., STANDARD CHARTERED INTERNATIONAL (USD) LTD., THE BANK OF NEW YORK MELLON, N.A., AND WELLS FARGO BANK, N.A.

Applicant Iraq Telecom Limited ("Iraq Telecom"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34, and 45, respectfully requests that this court grant an *ex parte* order in the form attached as Exhibit F to the declaration of Kristin N. Tahler (the "Tahler Declaration") authorizing Iraq Telecom to obtain certain limited discovery[1] for use in pending and contemplated proceedings, including in (1) the Dubai International Financial Centre Courts ("DIFC Courts"); (2) an arbitration administered by the International Chamber of Commerce ("ICC"); and (3) an arbitration administered by the Lebanese Arbitration and Mediation Center ("LAMC") of the Chamber of Commerce, Industry and Agriculture of Beirut and Mount-Lebanon ("CCIA-BML").  In support of this Application, Iraq Telecom submits a Memorandum of Law and attaches the sworn declarations of (1) Kristin N. Tahler; (2) Graham Kenneth Lovett; (3) Rajinder Bassi; (4) Nabil Abdel Malek; (5) Ehab Fekri Bassilios; and (6) Nicholas Bortman, with accompanying exhibits.

---

[1] *See* Tahler Declaration, attached hereto as Appendix A, at Exhibits A-E (Draft Subpoenas).

1

| | |
|---|---|
| Date: October 5, 2018 | Respectfully submitted, |
| | */s/ Gabriel F. Soledad* |
| | QUINN EMANUEL URQUART & SULLIVAN, LLP |
| | |
| | Gabriel F. Soledad, Esq. |
| |   gabrielsoledad@quinnemanuel.com |
| | Kristin N. Tahler, Esq. |
| |   kristintahler@quinnemanuel.com |
| | Lauren H. Dickie, Esq. |
| |   laurendickie@quinnemanuel.com |
| | |
| | 1300 I Street NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone:  (202) 538-8000 |
| | Facsimile:  (202) 538-8100 |
| | |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Telephone:  (213) 443-3000 |
| | Facsimile:  (213) 443-3100 |
| | |
| | SKARZYNSKI BLACK LLC |
| | |
| | James Sandnes, Esq. |
| |   jsandnes@skarzynski.com |
| | |
| | One Battery Place Plaza |
| | New York, NY 10004 |
| | Telephone: (212) 820-7700 |
| | |
| | *Counsel for Applicant Iraq Telecom* |