**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN EXPEDITED ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Applicant Iraq Telecom Limited ("Iraq Telecom") certifies, to the best of their knowledge and belief, as follows:

1. Agility Public Warehousing Company KSCP, a Kuwaiti corporation, holds an indirect 54 percent interest in Iraq Telecom through a series of intermediate holding companies.

2. Orange S.A., a French corporation, holds an indirect 46 percent interest in Iraq Telecom through a series of intermediate holding companies.

Date: October 5, 2018               Respectfully submitted,

/s/ Gabriel F. Soledad

QUINN EMANUEL URQUART & SULLIVAN, LLP

Gabriel F. Soledad, Esq.
  gabrielsoledad@quinnemanuel.com
Kristin N. Tahler, Esq.
  kristintahler@quinnemanuel.com
Lauren H. Dickie, Esq.
  laurendickie@quinnemanuel.com

1300 I Street NW, Suite 900
Washington, DC 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

SKARZYNSKI BLACK LLC

James Sandnes, Esq.
  jsandnes@skarzynski.com

One Battery Place Plaza
New York, New York 10004
Telephone: (212) 820-7700

*Counsel for Applicant Iraq Telecom*