UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

*EX PARTE* APPLICATION OF IRAQ TELECOM LIMITED FOR AN EXPEDITED ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Case No. 18-mc-00458 (LGS) (OTW)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Intervenor Korek Telecom Company LLC ("Korek") certifies, to the best of their knowledge and belief, as follows:

1. International Holdings Limited ("IHL") is the 100% owner of Korek.

2. Iraq Telecom Limited ("Iraq Telcom") owns 44% of IHL, and Korek International (Management) Ltd. ("CS Ltd.") owns 56% of IHL.

3. CS Ltd. is owned by its shareholders: Sirwan Barzani, Aso Ali, Jiqsy Hamo Mustafa, and Jawshin Hassan Jawshin.

4. Iraq Telecom is indirectly 54% owned by Agility Public Warehousing Company KSCP and indirectly 46% owned by Orange S.A.

Dated: November 21, 2018

        Respectfully submitted,

        BEYS LISTON & MOBARGHA LLP

        By:    /s/ Joshua D. Liston
                  Joshua D. Liston
                  jliston@blmllp.com
                  641 Lexington Avenue, 14th Floor
                  New York, New York 10022
                  (646) 755-3601
                  (646) 755-3599 (Fax)

*Attorneys for Korek Telecom Company LLC*