UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF IRAQ TELECOM LIMITED FOR AN EXPEDITED ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 18-mc-00458 (LGS) (OTW)<br><br>**NOTICE OF JOINDER** |

    Intervenor Korek Telecom Company LLC ("Korek"), by and through its undersigned attorneys, Beys Liston & Mobargha LLP, opposes Iraq Telecom Limited's *Ex Parte* Application for an Expedited Order to Take Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") (Dkt. No. 1).  In order to avoid burdening the Court with duplicative briefing, Korek hereby adopts and incorporates by reference the objections and arguments contained in the Memorandum of Law in Opposition to the Application and the accompanying declarations, filed today by Sirwan Saber Mustafa (Dkt. Nos. 32-34).

Dated:  November 21, 2018

                                                BEYS LISTON & MOBARGHA LLP

                                                By:    /s/ Joshua D. Liston
                                                          Joshua D. Liston
                                                          jliston@blmllp.com
                                                          641 Lexington Avenue, 14th Floor
                                                          New York, New York 10022
                                                          (646) 755-3601
                                                          (646) 755-3599 (Fax)

                                              *Attorneys for Korek Telecom Company LLC*