

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, New York 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**James Sandnes**
Direct: (212) 820-7760
jsandnes@skarzynski.com

May 31, 2019

**VIA ELECTRONIC FILING**

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Ex Parte Application of Iraq Telecom Limited for an Expedited Order to Take Discovery Pursuant to 28 U.S.C. § 1782*, Case No. 1:18-mc-0458 (LGS) (OTW)

Dear Judge Wang:

  We are co-counsel for Applicant Iraq Telecom Limited ("Iraq Telecom"). As Your Honor knows, presently pending for decision is Iraq Telecom's application pursuant to § 1782 seeking discovery in aid of several foreign arbitration and court proceedings (the "Application"). We write to provide the Court with a significant update on the status of the pending ICC Arbitration (referred to as the Breach of Agreement RFA in the Application).

  Specifically, the Arbitral Tribunal in the ICC Arbitration has now issued a procedural order setting forth, among other things, the timetable for the arbitration (the "Procedural Order"). Pursuant to the Procedural Order, Iraq Telecom must file its "Statement of Claim", together with witness statements, expert reports, and any documents relied upon, **by August 28, 2019**.

  Given the need to finalize scope issues with the banks and then have sufficient time to receive and review the production before that deadline, Iraq Telecom respectfully requests that this Court rule on the pending Application as much in advance of the impending deadline set by the Tribunal (which is now less than 14 weeks away) as possible. As always, we would be

The Honorable Ona T. Wang
March 31, 2019
Page 2

happy to provide the Court with any additional material or argumentation it may require to resolve the Application.

Thank you for your consideration of this matter.

Respectfully Submitted,

James Sandnes

cc:   All counsel of Record by ECF Filing

4840-7786-6136, v. 2