```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
------------------------------------- X ELECTRONICALLY FILED
                                      : DOC #:
IN RE: EX PARTE APPLICATION OF IRAQ   : DATE FILED: 2/13/2020
TELECOM LIMITED FOR AN EXPEDITED ORDER :
TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. :   18 Misc. 458 (LGS)
1782,                                 :
                                      :         ORDER
                          Applicant.  :
------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 7, 2020, Magistrate Judge Wang issued an Opinion & Order approving Petitioner Iraq Telecom Limited's protective order and denying Intervenor Sirwan Saber Mustafa's request for entry of his proposed protective order. ECF 89;

WHEREAS, on February 12, 2020, Korek Telecom Company and Intervenor filed an Objection to Judge Wang's Opinion & Order. ECF 91;

WHEREAS, on February 12, 2020, Korek Telecom Company and Intervenor also filed an emergency motion to stay pending a ruling on its Objection. ECF 92. It is hereby

**ORDERED** that the motion to stay is GRANTED for a limited duration, and shall expire on **February 18, 2020**. The purpose of the stay is to maintain the status quo until the Objection is adjudicated. It is further

**ORDERED** that Petitioner, and any other interested party, may file a single letter no later than February 18, 2020, stating any objections to continuing the motion to stay. The letter may be no greater than three-pages, single spaced. The motion to stay will be continued if no letter is filed. It is further

**ORDERED** that Petitioner, and any other interested party, may file a single memorandum in response to the Objection filed by Korek Telecom Company and Intervenor, no later than **February 27, 2020**.

Dated: February 13, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE