USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

EX PARTE APPLICATION OF IRAQ
TELECOM LIMITED FOR AN
EXPEDITED ORDER TO TAKE
DISCOVERY PURSUANT TO
28 U.S.C § 1782

                      Applicant.

Case No. 18-mc-00458-LGS-OTW

## NOTICE OF EMERGENCY MOTION

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Intervenor

Sirwan Saber Mustafa, by and through his counsel, respectfully moves this Court for a Stay

Pending Resolution of Intervenor's appeal of this Court's March 4, 2020 ruling (Dkt. 98) to the

United States Court of Appeals for the Second Circuit.

DATED:  March 10, 2020

BOIES SCHILLER FLEXNER LLP
Duane L. Loft
Julian Beach
55 Hudson Yards
New York, New York 10001

*Attorneys for Sirwan Saber Mustafa*

Petitioner shall file by March 17, 2020, a response to
Intervenor's emergency motion to stay. The
response shall state the consequences of the Court
denying Intervenor's motion.

The motion to stay is GRANTED for a limited duration,
and shall remain in place until the Court rules on the
emergency motion.

SO ORDERED.

Dated: March 11, 2020
     New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 10th day of March, 2020, a copy of the foregoing Emergency Motion was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

*/s/ Duane L. Loft*
Duane L. Loft