UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :
EX PARTE APPLICATION OF IRAQ                                 :    18 Misc. 458 (LGS) (OTW)
TELECOM LIMITED FOR AN EXPEDITED                             :
ORDER TO TAKE DISCOVERY PURSUANT                             :    **ORDER**
TO 28 U.S.C. § 1782                                          :
                                                             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 15, 2020, the Court issued an Opinion and Order denying Intervenors' motion to stay and directing the U.S. Banks to comply with Applicant's subpoena request within 30 days. ECF 106;

WHEREAS, the thirty-day deadline has passed. It is hereby

**ORDERED** that, by May 26, 2020, the parties shall file a joint letter no greater than two pages, single spaced, stating whether the U.S. Banks have complied with the subpoena.

Dated: May 21, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE